LAZEAR MACK
ARTHUR W. LAZEAR, SB 083603
MORGAN M. MACK, SB 212659
435-14th Street, #1117
Oakland, CA 94612
Telephone: (510) 735-6316
Facsimile: (510) 545-4226
Email: arthur@lazearmack.com,
morgan@lazearmack.com

Attorneys for Plaintiff
TONY R. CARTER


Judith Droz Keyes (CA State Bar No. 66408)
Saira K. Najam (CA State Bar No. 291578)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         jkeyes@dwt.com
               sairanajam@dwt.com

Attorneys for UNITED AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY R. CARTER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation,<br><br>  Defendant. | Case No.  3:14-CV-04076-EMC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   April 30, 2015<br>Time:   10:30 a.m.<br>Before the Honorable Edward M. Chen<br><br>Complaint Filed:  September 8, 2014 |

Plaintiff Tony R. Carter ("Plaintiff" or "Carter") and Defendant United Airlines, Inc. ("Defendant" or "United") submit this UPDATED JOINT CASE MANAGEMENT STATEMENT.

1   Pursuant to the Court's order of February 26, 2015, this matter was referred to a settlement
2   conference before Magistrate Judge Donna M. Ryu. A settlement conference was held on
3   February 26, 2015. In the course of that settlement conference, the parties reached an agreement
4   for the settlement of this action. A written settlement agreement has been prepared embodying
5   that agreement, and it has been signed by both parties. Pursuant to the terms of the settlement, a
6   pending workers' compensation claim must be dismissed in addition to the dismissal of the claims
7   raised in this action, and the workers' compensation claim settlement must be submitted to the
8   California Workers' Compensation Appeals Board for its approval. That approval is anticipated,
9   but for calendaring reasons, cannot be obtained until mid-May.

10   The parties therefore anticipate that the agreement will be finalized within the next few
11   weeks. The parties request that the currently scheduled Case Management Conference be
12   continued for approximately six weeks, as it is expected that the matter will be finally settled and
13   resolved prior to that time.

14   DATED: April ——,22, 2015                LAZEAR MACK

                                              By:  /s/
                                                   Arthur W. Lazear

                                              Attorneys for Plaintiff TONY R. CARTER

20   DATED: April 22,——, 2015                DAVIS WRIGHT TREMAINE LLP

                                              By:  /s/
                                                   Judith Droz Keyes

     IT IS SO ORDERED that the              Attorneys for Defendant UNITED AIRLINES,
     status conference is reset for         INC.
     6/18/15 at 10:30 a.m.  An updated
     joint CMC statement shall be filed
     by 6/11/15.
     _____
     Edward M. Chen
     U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen