IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY R. CARTER, an individual, | Case No. 3:14-cv-04076-EMC |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING LAWSUIT WITH PREJUDICE** |
| v. | |
| UNITED AIRLINES, INC., a Delaware corporation, | |
| Defendant. | |

### **[PROPOSED] ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED that this action and all claims filed herein are DISMISSED WITH PREJUDICE and without attorneys' fees or costs to either party.

IT IS SO ORDERED.


Dated: 5/29/15

*IT IS SO ORDERED*
*Judge Edward M. Chen*
_____ Judge